UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, d/b/a "OREGONIAN MEDIA GROUP," et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 24-3058 (ACR) |

## SECOND JOINT STATUS REPORT

1. Plaintiffs Advance Local Media, LLC and Matthew Kish (together, "Plaintiffs"), and Defendant, U.S. Department of State (the "Department") (together, the "parties"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the parties' proposal in their January 8, 2025, Joint Status Report. In this action brought under the Freedom of Information Act ("FOIA"), Plaintiffs seek "[a]ny U.S. Department of State diplomatic cable created since January 1, 2011, that mentions Nike Inc.," to include "cables until the present day." Compl. ¶ 9, ECF No. 1.

2. The Department completed a search of its eRecords Archive. The Department identified approximately 1,100 cables that are potentially responsive to Plaintiffs' request.

3. The Department made its first production on February 6, 2025 and a second production on March 20, 2025. Thereafter the Department will process an average of 500 pages every six weeks.

4. The parties propose that the parties file a further status report on July 8, 2025, updating the status of the Department's processing.

Dated: April 9, 2025

Respectfully submitted,

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Email: gsingh@rcfp.org
Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9303
Facsimile: 202.795.9310

*Counsel for Plaintiffs*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*