UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, d/b/a "OREGONIAN MEDIAL GROUP," et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 24-3058 (ACR) |

## THIRD JOINT STATUS REPORT

1. Plaintiffs Advance Local Media, LLC and Matthew Kish, and Defendant, U.S. Department of State (the "Department") (together, the "parties"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's December 9, 2024, Minute Order. In this action brought under the Freedom of Information Act ("FOIA"), Plaintiffs seek "[a]ny U.S. Department of State diplomatic cable created since January 1, 2011, that mentions Nike Inc.," to include "cables until the present day." Compl. ¶ 9, ECF No. 1.

2. The Department completed a search of its eRecords Archive. The Department identified approximately 1,100 cables that are potentially responsive to Plaintiffs' request.

3. The Department produced records to Plaintiff on February 6, 2025, March 20, 2025, May 1, 2025, and June 12, 2025. The Department will make its next production on July 24, 2025. The Department is processing an average of 500 pages every six weeks.

4. The parties propose that they file a further status report on October 6, 2025, updating the status of the Department's processing.

Dated: July 8, 2025

                                                Respectfully submitted,

| | |
|---|---|
| */s/ Gunita Singh* | |
| Gunita Singh | JEANINE FERRIS PIRRO |
| D.C. Bar No. 1601923 | United States Attorney |
| Email: gsingh@rcfp.org | |
| Adam A. Marshall | |
| DC Bar No. 1029423 | By:  */s/ Erika Oblea* |
| Email: amarshall@rcfp.org | ERIKA OBLEA, D.C. Bar #1034393 |
| REPORTERS COMMITTEE FOR | Assistant United States Attorney |
| FREEDOM OF THE PRESS | 601 D Street, NW |
| 1156 15th St. NW, Suite 1020 | Washington, DC 20530 |
| Washington, DC 20005 | (202) 252-2567 |
| Phone: 202.795.9303 | erika.oblea@usdoj.gov |
| Facsimile: 202.795.9310 | |
| | *Attorneys for the United States of America* |
| *Counsel for Plaintiffs* | |