UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADVANCE LOCAL MEDIA LLC, d/b/a OREGONIAN MEDIAL GROUP, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF STATE,

Defendant.

Civil Action No. 24-3058 (ACR)

## EIGHTH JOINT STATUS REPORT

Plaintiffs Advance Local Media, LLC and Matthew Kish, and Defendant U.S. Department of State (the "Department"), by and through their undersigned counsel, respectfully submit this joint status report pursuant to the Court's December 9, 2024 Minute Order. In this action brought under the Freedom of Information Act ("FOIA"), Plaintiffs seek "[a]ny U.S. Department of State diplomatic cable created since January 1, 2011, that mentions Nike Inc.," to include "cables until the present day." Compl. ¶ 9 (ECF No. 1). The parties report as follows:

1. As previously reported, the Department completed a search of its eRecords Archive. *See* Sixth Joint Status Report at 1 (ECF No. 13). The Department identified approximately 1,100 cables that are potentially responsive to Plaintiffs' FOIA request. *See id.*

2. The Department produced records to Plaintiffs on February 6, 2025, March 20, 2025, May 1, 2025, June 12, 2025, July 24, 2025, September 4, 2025, December 8, 2025, January 20, 2026, March 2, 2026, April 14, 2026, May 26, 2026, July 7, 2026, August 18, 2026, September 29, 2026, and November 10, 2026. The Department expects to make its next production on or

before December 22, 2026. The parties will be meeting and conferring about next steps in this matter.

3. The parties propose that they file a further status report on or by January 20, 2027, updating the status of the Department's processing and the parties' discussions.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Gunita Singh*
GUNITA SINGH
D.C. Bar #1601923
gsingh@rcfp.org
Adam A. Marshall
DC Bar #1029423
amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
(202) 795-9303

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
brett.covington@usdoj.gov

*Counsel for Defendant*